```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 26097
   THOMAS R ZIENCINA
   TAMMY ZIENCINA                           CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-8736    SSN XXX-XX-5573

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/29/2005 and was confirmed 05/17/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/12/2007.
--------------------------------------------------------------------------
                                               INTEREST        PRINCIPAL
CREDITOR NAME            CLASS     CLAIM AMOUNT    PAID             PAID
--------------------------------------------------------------------------
US BANK NA             CURRENT MORTG      .00         .00              .00
US BANK NA             SECURED NOT I      .00         .00              .00
TOYOTA MOTOR CREDIT    SECURED            .00         .00              .00
TOYOTA MOTOR CREDIT    UNSECURED    NOT FILED        .00              .00
ECAST SETTLEMENT CORP  UNSECURED      2781.33        .00          2781.33
CAPITAL ONE SERVICES   UNSECURED    NOT FILED        .00              .00
CITIBANK               UNSECURED    NOT FILED        .00              .00
CITI CARD              UNSECURED    NOT FILED        .00              .00
FIFTH THIRD BANK       UNSECURED      7461.72        .00          7461.72
WORLD FINANCIAL NETWORK UNSECURED      487.11        .00           487.11
SAMS CLUB              UNSECURED    NOT FILED        .00              .00
UNITED FEDERAL CREDIT UN UNSECURED    1601.76        .00          1601.76
WORLD FINANCIAL NETWORK UNSECURED      738.20        .00           738.20
ECAST SETTLEMENT CORP  SECURED NOT I   650.00        .00              .00
STUDENT LOAN XPRESS INC UNSECURED     8569.95        .00          8569.95
SALLIE MAE INC         UNSECURED          .00        .00              .00
AMERICAN EXPRESS       UNSECURED    NOT FILED        .00              .00
ALEXANDER S KNOPFLER   ADMINISTRATIV NOT FILED       .00              .00
GROCHOCINSKI & GROCHOCIN DEBTOR ATTY   500.00                      500.00
TOM VAUGHN             TRUSTEE                                   1,311.75
DEBTOR REFUND          REFUND                                    1,123.34

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE          24,575.16

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                    21,640.07
ADMINISTRATIVE                                  500.00

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 26097 THOMAS R ZIENCINA & TAMMY ZIENCINA
```

```
TRUSTEE COMPENSATION                                              1,311.75
DEBTOR REFUND                                                     1,123.34
                                        ----------------    ----------------
TOTALS                                        24,575.16           24,575.16
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 10/25/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE